# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-006 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| LIFESTYLES DEVELOPMENT, LLC, ET AL. § | |

## ORDER OF PARTIAL DISMISSAL

Came on to be considered this day Plaintiff Craig Cunningham's ("Plaintiff") "Motion to Dismiss without Prejudice" ("Motion") (Dkt. #27). After considering the Motion, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants Florida Vacation Villas Club, Inc., Robert Verkaik, and Bridget Pasquarello are hereby dismissed without prejudice. Plaintiff's claims against Lifestyles Development, LLC, RCI, LLC, and David Perme remain.

**IT IS SO ORDERED**.

**SIGNED this 1st day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE