IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:19-CV-00006-ALM-CAN |
| v. | § § | |
| LIFESTYLES DEVELOPMENT, LLC, AND FLORIDA VACATION VILLAS CLUB, INC., RCI, LLC DBA RESORT CONDOMINIUMS INTERNATIONAL, LLC, DAVID PERME, ROBERT VERKAIK, AND BRIDGET PASQUARELLO, | § § § § § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff, Craig Cunningham ("Cunningham"), and Defendant, RCI, LLC ("RCI"), filing this Joint Motion to Dismiss with Prejudice and would respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of any and all claims asserted by Cunningham against RCI with prejudice to refiling of same and request that the Court enter the Order of Dismissal submitted herewith dismissing all such claims.  Cunningham and RCI will bear their own costs and fees.

Furthermore, the parties consent to the Court retaining jurisdiction over this case for the purpose of enforcing their Confidential Settlement Agreement and Release of Claims ("Settlement Agreement").  Pursuant to that consent, the parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement reached by the parties in this case. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

WHEREFORE, Plaintiff, Craig Cunningham, and Defendant, RCI, LLC, respectfully request that the Court enter the Order of Dismissal submitted herewith dismissing all Cunningham's claims against RCI with prejudice and retaining jurisdiction over the parties to enforce the terms of their Settlement Agreement.

Dated: January 16, 2020.                    **BAKER & HOSTETLER, LLP**

By:  /s/ *Bradley K. Jones*
     Bradley K. Jones
     State Bar No. 24060041
     811 Main St., Suite 1100
     Houston, Texas 77002
     Telephone: (713) 751-1600
     Facsimile: (713) 751-1717
     E-mail: bkjones@bakerlaw.com

     Michael S. Vitale (*pro hac vice*)
     Florida Bar No. 17136
     200 South Orange Avenue, Suite 2300
     Orlando, Florida 32801-3432
     Telephone: (407) 649-4083
     E-mail: mvitale@bakerlaw.com

**COUNSEL FOR DEFENDANT, RCI, LLC**

**AND**

/s/ *Craig R. Cunningham*
Craig Cunningham
3000 Custer Road, Ste. 270, Box No. 206
Plano, Texas 75074
Telephone: 615-348-1977
Email: projectpalehorse@hushmail.com

**PLAINTIFF, PRO SE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2020, copies of this pleading have been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), by the Court's CM/ECF system.

Craig R. Cunningham
3000 Custer Road
Plano, Texas 75074
Email: projectpalehorse@hushmail.com

David S. Akers
David S. Akers, P.C.
101 State Drive, Suite 250
Hollister, Missouri 65672
Email: dsakers@davidsakerspc.com

/s/ *Bradley K. Jones*
Bradley K. Jones