# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-6 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| LIFESTYLES DEVELOPMENT, LLC, § | |
| ET AL. § | |

## ORDER OF DISMISSAL

Pending before the Court is the Joint Motion to Dismiss with Prejudice filed by Plaintiff Craig Cunningham and Defendants Lifestyles Development, LLC and David Perme, wherein Plaintiff and Defendants request the Court dismiss all claims asserted by Plaintiff against Defendants Lifestyles Development, LLC and David Perme with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. #106).  A dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is effective upon filing. *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 464 (5th Cir. 2010).  After reviewing the Motion, and all relevant filings, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Dismiss with Prejudice (Dkt. #106) is **GRANTED**.  All claims against Defendants Lifestyles Development, LLC and David Perme are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that by agreement of the parties, all court costs and attorney's fees incurred shall be borne by the party incurring same.

All relief not expressly granted herein is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 27th day of February, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE